1                                                   The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR 15-290RSL |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL |
| vs. | ) ) | DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |
| JULIE ANN FRANK, | ) ) | |
| Defendant. | ) ) | |

THE COURT has considered defendant's unopposed motion to continue the trial date and extend the pretrial motions deadline, Dkt. # 16, and defendant's waiver indicating that she has knowingly and voluntarily waived her individual right to a speedy trial, Dkt. # 15. The Court incorporates by reference the facts set forth in the unopposed motion and finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to afford counsel time reasonably necessary to effectively prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv). The Court further finds that these factors outweigh the best interests of the public and the defendant in a more speedy trial. *Id.*, *see also*, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that defendant's unopposed motion to continue the trial date and extend the pretrial motions deadline is GRANTED. Trial in this matter

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
EXTEND PRETRIAL MOTIONS DEADLINE- 1
*United States v. Julie Ann Frank /* CR15-290RSL

will commence on April 24, 2017. Pretrial motions shall be filed no later than March 8, 2017.

IT IS FURTHER ORDERED that the period of time from the date of the defense motion through the new trial date of April 24, 2017 shall be excludable time pursuant to the Speedy Trial Act. 18 U.S.C. §§ 3161(h)( h)(7)(A), (B)(i), (B)(iv).

DONE this 22nd day of November, 2016.

*signature*

Robert S. Lasnik
United States District Judge