The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-290RSL |
| Plaintiff, | |
| vs. | ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| JULIE ANN FRANK, | |
| Defendant. | |

The Court having considered the Motion for Leave to Withdraw as Counsel, Dkt. # 19, and the records and files in this matter,

IT IS HEREBY ORDERED that the Federal Public Defender and Assistant Federal Public Defender Vanessa Pai-Thompson, are permitted to withdraw as defense counsel in this matter.

DONE this 22nd day of February, 2017.

_____
Robert S. Lasnik
United States District Judge

Presented by:
*s/ Vanessa Pai-Thompson*
Vanessa Pai-Thompson
Attorney for Defendant

ORDER PERMITTING WITHDRAWAL
OF COUNSEL - 1
United States v. Frank / CR15-290RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100