1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No:** CR15-290RSL |
| **Plaintiff,** | |
| **vs.** | **ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTION DEADLINE** |
| **JULIE ANN FRANK,** | |
| **Defendant.** | |

**THE COURT** has considered the defendant's unopposed motion to continue the trial date and extend the pretrial motion deadline, Dkt. # 24, as well as defendant's waiver indicating that she has knowingly and voluntarily waived her individual right to a speedy trial, Dkt. # 23. The Court incorporates by reference the facts set forth in the unopposed motion and finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to afford counsel the time necessary to effectively prepare for trial, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 31619(h)(7)(B)(i) and (iv).  The Court further finds that these factors outweigh the best interests of the public and the defendant in a more speedy trial.  *Id.*, *see also,* 18 U.S.C. § 3161(h)(7)(A).

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTION DEADLINE**

IT IS THEREFORE ORDERED that defendant's unopposed motion to continue trial date and extend the pretrial motion deadline is GRANTED. Trial in this matter will commence on July 31, 2017. Pretrial motions shall be filed no later than June 14, 2017.

IT IS FURTHER ORDERED that the period of time from the date of the defense motion through the new trial date of July 31, 2017, shall be excludable time pursuant to the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(iv).

DONE this 14th day of March, 2017.

Robert S. Lasnik
United States District Judge

**ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
AND EXTEND PRETRIAL MOTION
DEADLINE**